IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BIBB COUNTY SCHOOL
DISTRICT
    Plaintiff                 Civil Case No.: 5:16-CV-549-MTT

vs

ROMAIN DALLEMAND,
THOMAS TOURAND,
PROGRESSIVE CONSULTING
TECHNOLOGIES, INC.,
ISAAC CULVER, III,
COMPTECH COMPUTER
TECHNOLOGIES, INC.,
ALLEN J. STEPHEN, III,
PINNACLE/CSG, INC., AND
CORY MCFARLANE
    Defendants.
_____/

**PINNACLES MOTION TO DISMISS**

# EXHIBIT 3

PINNACLE/CSG INVOICE DATED 12-13-2012

PINNACLE/CSG
Attn: Cory McFarlane
528 ___ Park Avenue
Tall___see, FL 32301
850.412.9387



PINNACLE/CSG
Construction Support Group

Licensed Reseller of Proscenium Products

# INVOICE

BILL TO:
Bibb County Board of Ed Technology Department
484 Mulberry Street
Macon, GA. 31201

Date: 12/13/2012    Invoice# 112352

GSA Schedule: #GS10F0192Y

| Quantity | Description | U/M | Rate | P.O. No. | Terms Net 30 Amount |
|---|---|---|---|---|---|
| 24,600 | Proscenium District/School Management Systems Enterprise Suite | | 132.00 | | $3,247,200.00 |
| | Breeze Budget System Harmony Fund Accounting System | | | | |
| | Presence Leave and Teacher Substitute Pay System | | | | |
| | Presence Teacher Certification Tracking System | | | | |
| | Attendance Management System | | | | |
| | Setup and Configuration $0.00 | | | | |
| | Annual License Fee 2012 $0.00 | | | | |
| | Training - 80 Hours Training - $0.00 | | | | |
| | Note: Each System $26.40 * FTE | | | | |
| | Thank you for your business. | | | Total | $3,247,200.00 |

