IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BIBB COUNTY SCHOOL
DISTRICT,    Civil Case No. 5:16-CV-549-MTT
    Plaintiff,

v.

ROMAIN DALLEMAND,
THOMAS TOURAND,
PROGRESSIVE CONSULTING
TECHNOLOGIES, INC.,
ISAAC CULVER, III,
COMPTECH COMPUTER
TECHNOLOGIES, INC.,
ALLEN J. STEPHEN, III,
PINNACLE/CSG, INC., and
CORY MCFARLANE,
    Defendants.
_____/

**NON-PARTIES KNOWLES & RANDOLPH TRUST ACCOUNT, HAROLD KNOWLES, AND PATRICIA A. KNOWLES NOTICE OF INTEREST IN MOTION AND SUPPORTING MEMORANDUM TO QUASH SUBPOENA SERVED ON BANK OF AMERICA, N.A. BY CERTIFIED MAIL ON JULY 14, 2017, WITH REGARD TO ACCOUNTS OF INTEGRATED TECHNOLOGY CONSULTING QUASHING NONPARTY SUBPOENAS**

    COME NOW Non-Parties Knowles & Randolph Trust Account, Harold Knowles, Patrice Knowles and file their NOTICE OF INTEREST IN MOTION AND SUPPORTING MEMORANDUM TO QUASH SUBPOENA SERVED ON BANK OF AMERICA, N.A. BY CERTIFIED MAIL ON JULY 14, 2017, WITH REGARD TO ACCOUNTS OF INTEGRATED TECHNOLOGY CONSULTING QUASHING NONPARTY SUBPOENAS and shows this Court the following:

1. Plaintiff, Bibb County School District("BCSD), served non-party subpoenas on July 14, 2017 to:

    - Bank of America, N.A. holding accounts associated with the **Knowles and Randolph, P.A. Trust Account** covering the period from February l, 2011 and July 13, 2017.
    - BB&T holding accounts associated with the **Knowles and Randolph, P.A. Trust Account,** covering the period from February 1, 2011 and July 13, 2017.
    - Centennial Bank holding accounts associated with the **Knowles and Randolph, P.A. Trust Account**, covering the period from February 1, 2011 and July 13, 2017.
    - Centennial Bank holding accounts associated with **Harold M. Knowles (and Patricia A. Knowles**, who is a joint holder of the account) covering the period from February 1, 2011 and July 13, 2017.
    - Bank of America, N.A. holding accounts associated with **Harold M. Knowles (and Patricia A. Knowles)**, covering the period from February 1, 2011 and July 13, 2017.

2. These subpoenas require the financial institutions to produce copies of **all** statements, in electronic format or otherwise, and **all** checks, wires, and other evidence of transfers, in electronic format or otherwise, that were generated or written between, and including, February 1, 2011 and July 13, 2017.

3. Harold Knowles and Patricia A. Knowle are joint holders in the accounts of the banks served with the subpoenas.

4. The sweep of the subpoenas tramples upon the duty owed by the attorneys in the firm of Knowles & Randolph PA and ignores the attorney-client privilege held by the hundreds of clients in their financial records and transactions, whose funds are held in trust by the Knowles & Randolph Trust Account.

5. The subpoenas make no attempt to limit the scope, the covered period or the type of documents sought and, more importantly, the production requests are not linked to the matters involved in this litigation.

6. The subpoenas are broad in scope and make no efforts to limit the intrusive and prying invasion of personal, private and privilege financial information that is protected by the Florida Constitution and Florida Law.

7. The undersigned counsel and BCSD agreed that Harold Knowles, Patricia A. Knowles and Knowles & Randolph Trust Account objections to the subpoenas are due August 11, 2017.

8. Counsel for Centennial Bank, on July 27, 2017, filed its Notice Of Appearance On Behalf Of Non-Party, Centennial Bank and notified the Court that it will oppose the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Centennial Bank in this action.

9. On or before August 11, 2017, Non-Parties, Harold Knowles, Patricia A. Knowles and Knowles & Randolph Trust Account will join Centennial Bank's opposition to the subpoenas.

Respectfully Submitted, this 27th day of July 2017.

/s/Jack L. McLean Jr.
Jack L. McLean Jr.
GA. Bar. No. No. 496855
FL. Bar No. 0182617
Jack L. McLean Jr. & Company, LLC
1367 E. Lafayette St, STE A
Tallahassee, FL 32301
850-841-0443 (cell)
904-485-8292 (facsimile)
Mccl3690@comcast.net

*Attorney for Knowles & Randolph Trust Account, Harold Knowles and Patricia A. Knowles*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2017, a copy of the foregoing **NON-PARTIES KNOWLES & RANDOLPH TRUST ACCOUNT, HAROLD KNOWLES, AND PATRICIA A. KNOWLES NOTICE OF INTEREST IN MOTION AND SUPPORTING MEMORANDUM TO QUASH SUBPOENA SERVED ON BANK OF AMERICA, N.A. BY CERTIFIED MAIL ON JULY 14, 2017, WITH REGARD TO ACCOUNTS OF INTEGRATED TECHNOLOGY CONSULTING QUASHING NONPARTY SUBPOENAS** was filed through the Court's CM/ECF facilities.

*/s/Jack L. McLean Jr*.