IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BIBB COUNTY SCHOOL DISTRICT, | : |
| Plaintiff, | : Civil Case No. 5:16-CV-549-MTT |
| v. | : |
| ROMAIN DALLEMAND, THOMAS TOURAND, PROGRESSIVE CONSULTING TECHNOLOGIES, INC., ISAAC CULVER, III, COMPTECH COMPUTER TECHNOLOGIES, INC., ALLEN J. STEPHEN, III PINNACLE/CSG, INC., and CORY MCFARLANE, | : [ UNDER SEAL ] |
| Defendants. | : |

## PLAINTIFF'S STATEMENT REGARDING DEFENDANT PROGRESSIVECONSULTING TECHNOLOGY, INC.'S BANK OF AMERICA OPERATING ACCOUNT

COMES NOW Plaintiff Bibb County School District ("Plaintiff") and pursuant to the Court's direction at the July 28, 2017 hearing submits under seal the following list of questionable expenditures Plaintiff has identified from Defendant Progressive Consulting Technology, Inc.'s Bank of America operating account as follows:

### I. INTRODUCTION

Defendant Progressive Technologies, Inc.'s ("Defendant Progressive") Bank of America operating account shows that Defendant Progressive received a wire transfer from Defendant CompTech Computer Technology, Inc. in the amount of $2,151,750.00 on December 24, 2012 and then a check for $1,537,990.00 on January 2, 2013 both of which were deposited into

1

Defendant Progressive's operating account for a total of $3,689,740.00.[1] These transfers are consistent with the instructions of Defendant Culver contained in an email from Defendant Culver to Defendant Stephen (Defendant CompTech's CEO) which was produced by Defendant CompTech. (See Exhibit 1) CompTech testified in its Rule 30(b)(6) deposition, and as confirmed in emails produced by Defendant CompTech, the $3,689,740.00 CompTech sent to Progressive were the specific funds which BCSD paid to Defendant CompTech for the NComputing devices for use by the school children of Bibb County.

Defendant Progressive's Bank of America operating account and the invoices and internal emails of NComputing, Inc. then show that Defendant Progressive paid NComputing $1,749,000.00 on December 24, 2012 for the NComputing devices (See Exhibit 2) leaving a difference of $1,940,740.00 ($3,689,740.00 - $1,749,000.00) between the amount Defendant CompTech returned to Defendant Progressive and what Defendant Progressive actually paid to NComputing, Inc. for the NComputing devices.

Below is a list of 16 questionable expenditures from Defendant Progressive's Bank of America operating account made within one year of the date (December 21, 2012) BCSD wired $3,768,000.00 to Defendant CompTech for the NComputing devices. Included in this list is information regarding payments of $205,018.00 and $222,000.00 in January, 2013 from Progressive Property Management, LLC's ("Progressive Property")[2] account to Whitby, Inc. which payments were alluded to at the January 28, 2017 hearing.

---

[1] BCSD wired Defendant CompTech $3,768,000.00 on December 21, 2012 for the NComputing devices. Defendant CompTech retained $78,260.00.

[2] Progressive Property Management, LLC, whose members are Defendant Culver and Dave Carty, shares the same principal office address, 971 Washington Avenue, Macon, Georgia, as Defendant Progressive. Defendant Culver is the CEO of Defendant Progressive and Dave Carty is the CFO.

## II. PAYMENTS FROM DEFENDANT PROGRESSIVE'S OPERATING ACCOUNT

1. To Progressive Property Management, LLC:
   - 01/22/13 - $150,000.00
   - 01/22/13 - $75,000.00
   - 01/25/13 - $230,000.00
   - 04/11/13 - $20,000.00
   - 09/04/13 - $10,000.00
   - 11/13/13 - $48,000.00
   - Total - $533,000.00

2. To Dave Carty:
   - 12/24/12 - $88,000.00
   - 01/22/13 - $50,000.00
   - 01/22/13 - $10,000.00
   - 02/21/13 - $13,227.97
   - 02/25/14 - $17,022.56
   - 04/11/13 - $6,795.39
   - 04/15/13 - $147,000.00
   - 05/20/13 - $2,500.00
   - 09/02/13 - $22,111.65
   - 10/07/13 - $16,214.98
   - 11/06/13 - $14,338.03
   - 12/02/13 - $4,549.76
   - 12/19/13 - $4,000.00
   - Total - $395,760.64

3. To Whitby, Inc.:[3]
   - 02/04/13 - $73,126.38
   - Total - $73,126.38

---

[3] Please see Section III below which shows that Whitby, Inc. received $427,000.00 from Progressive Property in January, 2013. Thus, Whitby, Inc. received a total of $500,144.38 from Defendant Progressive and Progressive Property within one month of Defendant Progressive receiving $3,689,740.00 from Defendant CompTech. According to CompTech's 30(b)(6) deposition, the funds which CompTech sent to Defendant Progressive were from the specific funds Plaintiff paid to CompTech for the NComputing devices (i.e. these funds were paid by Plaintiff for hardware for the students of Bibb County and not for the debts or use of Defendant Progressive or Progressive Property).

3

4. To Integrated Technology Consulting: [4]
   11/06/13 -  $276,000.00
   Total -     $276,000.00

5. To Clyde Phillips: [5]
   01/03/13 -  $1,324.16
   01/28/13 -  $180,000.00
   02/01/13 -  $141,415.41
   08/01/13 -  $1,324.16
   09/03/13 -  $1,324.16
   Total -     $325,387.89

6. To Isaac/Shelila Culver:
   12/24/12 -  $88,000.00
   01/07/13 -  $8,000.00
   01/22/13 -  $10,000.00
   01/28/13 -  $40,000.00
   04/16/13 -  $84,000.00
   08/22/13 -  $2,800.00
   11/05/13 -  $1,500.00
   12/16/13 -  $4,000.00
   Total -     $238,300.00

7. To Progressive Consulting Technology, Inc. Wells Fargo Payroll Account:
   12/20/12 -  $93,000.00
   03/13/13 -  $65,000.00
   04/12/13 -  $62,000.00
   04/23/13 -  $64,000.00
   04/26/13 -  $12,000.00
   05/21/13 -  $63,000.00
   05/28/13 -  $10,000.00
   06/19/13 -  $25,000.00
   06/25/13 -  $28,000.00
   07/03/13 -  $46,000.00
   07/23/13 -  $2,000.00

---

[4] There appears to be an intimate connection between Integrated Technology Consultants, LLC ("Integrated"), Whitby, Inc. and Cliffard Whitby since the "for deposit only" writings on the back of checks made payable to Integrated, Whitby, Inc., and Cliffard Whitby, show that the same person deposited the checks for each of these three entities. (See Exhibit 3). Further, the Bibb County Tax Assessors website shows 1680 Broadway, Macon, Georgia as an address of Integrated in connection with a February, 2014 sale of 3660 Travis, Blvd. Macon, Ga. from Whitby, Inc. to Integrated which is the same address as the principal office of Whitby, Inc. (See Exhibit 4).

[5] Bibb County tax records show that Clyde Phillips resides across the street from Defendant Culver.

4

```
08/13/13 -   $65,000.00
08/21/13 -   $30,000.00
10/03/13 -   $30,000.00
10/04/13 -   $85,000.00
10/09/13 -   $64,000.00
10/11/13 -   $12,000.00
10/23/13 -   $54,000.00
11/12/13 -   $30,000.00
12/05/13 -   $20,000.00
12/27/13 -   $35,000.00
Total -      $895,000.00
```

8. To Progressive Consulting Technology Inc. Wells Fargo operating account:
```
01/10/13 -   $40,000.00
01/10/13 -   $30,000.00
01/14/13 -   $50,000.00
06/11/13 -   $10,000.00
07/05/13 -   $10,000.00
08/16/13 -   $5,000.00
08/20/13 -   $30,000.00
Total -      $175,000.00
```

9. To Positiventures Initiative, LLC: [6]
```
01/28/13 -   $100,000.00
Total -      $100,000.00
```

10. To Reach 360, LLC: [7]
```
01/30/13 -   $54,983.13
05/14/13 -   $22,770.00
Total -      $77,753.13
```

11. To Glenwood Hill: [8]
```
12/20/12 -   $66,000.00
Total -      $66,000.00
```

---

[6] Positiventure Initiative, LLC's registered agent is Cliffard Whitby and he is also a member.
[7] Robford Hill, who is affiliated with Reach 360, LLC, provided a reference for Defendant Progressive to be Technical Project Manager for the subject technology project.
[8] Glenwood Hill's son, Robford Hill, provided a reference for Defendant Progressive to become Technical Project Manager for the subject technology project.

5

12. <u>To Technical Services</u>: [9]
    - 04/16/13 -     $23,210.60
    - 06/25/13 -     $10,000.00
    - 08/20/13 -     $6,000.00
    - 08/20/13 -     $13,000.00
    - Total -        $52,210.60

13. <u>To Cirrus Technology, Inc.</u>: [10]
    - 02/04/13 -     $13,112.19
    - 03/26/13 -     $24,687.42
    - Total -        $37,799.61

14. <u>To Capricorn Systems, Inc.</u>: [11]
    - 02/28/13 -     $36,557.83
    - Total -        $36,557.83

15. <u>To Tista Science & Technology</u>: [12]
    - 02/27/13 -     $33,781.09
    - Total -        $33,781.09

16. <u>To Phelicia McCallum</u>: [13]
    - 08/22/13 -     $13,637.76
    - Total -        $13,637.76

### III. <u>PROGRESSIVE PROPERTY MANAGEMENT ACCOUNT</u>

1. <u>Received by Progressive Property Management, LLC from Defendant Progressive</u>: [14]
    - 01/22/13 -     $150,000.00
    - 01/22/13 -     $75,000.00
    - 01/25/13 -     $230,000.00
    - Total -        $455,000.00

---

[9] Connection with Defendant Progressive currently unknown. It is possible that Technical Services provided services for the subject technology project.

[10] The recently deceased Vice-president of Cirrus was the former Vice-president of Defendant Progressive. Defendant Progressive insured this person and recovered upon his death.

[11] Capricorn Systems, Inc. is an information technology staffing firm. Connection with Defendant Progressive currently unknown.

[12] Connection with Defendant Progressive currently unknown.

[13] Relative of Clyde Phillips.

[14] The payment from Defendant Progressive to Progressive Property is also set forth in Section II, No. 1 above but is noted here again for the purposes of clarity.

6

2. <u>Paid by Progressive Property Management, LLC to Whitby, Inc.</u>:

    01/18/13 -    $205,018.00

    01/24/13 -    $222,000.00

    Total -    $427,018.00 [15]

Respectfully submitted this 2nd day of August, 2017.

                                            */s/Thomas W. Joyce*
                                            THOMAS W. JOYCE
                                            STATE BAR NO. 405527
                                            Attorney for Plaintiff
                                            Bibb County School District
                                            tom.joyce@jonescork.com

                                            */s/Brandon A. Oren*
                                            BRANDON A. OREN
                                            STATE BAR NO. 554277
                                            Attorney for Plaintiff
                                            Bibb County School District
JONES CORK, LLP                      brandon.oren@jonescork.com
435 Second Street
P.O. Box 6437
Macon, Georgia 31208-6437
(478) 745-2821

                                            */s/ Jerry A. Lumley*
                                            JERRY A. LUMLEY
                                            STATE BAR NO. 460866
                                            Attorney for Plaintiff
                                            Bibb County School District
                                            Lumley and Harper, LLC
                                            6030 Lakeside Commons Drive
                                            Macon, GA 31210
                                            T: 478-471-1776
                                            F: 478-352-0177
                                            E: jlumley@lumleyandharper.com

---

[15] Whitby, Inc. also received $73,126.38 directly from Defendant Progressive's Bank of America operating account bringing the total amount paid to Whitby, Inc. to $500,144.38 (see Section II, No. 3 above).

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2017, a copy of the foregoing PLAINTIFF'S STATEMENT REGARDING DEFENDANT PROGRESSIVE CONSULTING TECHNOLOGY, INC'S BANK OF AMERICA OPERATING ACCOUNT was delivered via regular mail and e-mail to: Jack L. McLean, Jr. Mcc13690@comcast.com, 1367 East Lafayette Street, Suite A, Tallahassee, FL 32301, William H. Turner, bill@turnerlawrence.com, 423 Mulberry Street, Jackson, GA, 30233, Robert A. Luskin, rluskin@gmlj.com, 3340 Peachtree Rd., NE, Suite 2100, Atlanta, GA 30326, Elissa B. Haynes, ehaynes@gmlj.com, 3340 Peachtree Rd., NE, Suite 2100, Atlanta, GA, 30326, Larry K. White, larrykwhite@lkwlaw.net, 1367 E. Lafayette Street, Suite A, Tallahassee, FL, 32301, Timothy G. Pepper, pepper@taftlaw.com, 40 N Main St., Ste., 1700, Dayton, OH 45423, Mary M. Katz, mkatz@chrkglaw.com, 3920 Arkwright Rd., Suite 405, Macon, GA 31210 and Christina M. Curreli, ccurreli@chrkglaw.com, 3920 Arkwright Rd., Ste. 405 Macon, GA 31209-8086.

This 2nd day of August, 2017.

/s/ Thomas W. Joyce
THOMAS W. JOYCE
STATE BAR NO. 405527
Attorney for Plaintiff
Bibb County School District

OF COUNSEL:
JONES CORK, LLP
P.O. Box 6437
Macon, GA 31208-6437
(478) 745-2821
tom.joyce@jonescork.com

Message

| | |
|---|---|
| From: | allen@comptech-corp.com [allen@comptech-corp.com] |
| Sent: | 12/21/2012 3:13:12 PM |
| To: | Missy [Missy@comptech-corp.com] |
| Subject: | [FWD: Wiring Instructions] |

-------- Original Message --------
Subject: Wiring Instructions
From: Isaac Culver <culver@thinkpcti.com>
Date: Fri, December 21, 2012 8:12 am
To: "allen@comptech-corp.com" <allen@comptech-corp.com>

Hi Al,

There will be 2 wire transfers. The first is to our BOA account below for the amount of $ 2,151,750.00

Bank of America
Acct# ▮▮▮▮▮▮▮▮▮
Routing number ▮▮▮▮▮▮▮▮▮
Swift code BOFAUS3N
Progressive Consulting Technologies, Inc.
Bank of America Merrill Lynch
1000 Century Park Drive
Tampa, FL 33607
Phone 888-852-5000 ext 3272

I don t have the wiring instructions for second one yet but it will be in the amount of
$ 1,509,730.00

The difference is CompTechs.

Tom Tourand is working on PO# for first server purchase today.

Thanks
-Isaac


Isaac J. Culver, III
President & CEO, FSO



971 Washington Avenue | Macon, GA 31201
tel 478.742.6063 x101  cell 478.955.2987 | fax 478.742.6449



CompTech_0035128



CompTech

COMPTECH COMPUTER TECHNOLOGIES, INC.
10 WEST 2ND STREET, SUITE 1111
DAYTON, OH 45402

FIRST FINANCIAL BANK, NA
DAYTON, OH 45459
55-091/422

10740

12/27/2012

PAY TO THE ORDER OF ___ Progressive Consulting Tech          $ **1,537,990.00

One Million Five Hundred Thirty-Seven Thousand Nine Hundred Ninety and 00/100************************ DOLLARS

Progressive Consulting Tech
971 Washington Ave
Macon, GA 31201

MEMO  Provides servers and equipment for BiB County, GA

⑈010740⑈

Bank of America  1174



**NComputing, Inc.**
3979 Freedom Circle
Suite 600
Santa Clara, CA 95054
Ph: (408) 380-8400
Fax: (408) 380-8401

## Invoice

Invoice # : INV604455
Invoice Date : 12/31/2012
Due Date : 12/31/2012
Other Reference : SGC12C310936
Sales Rep : Chad McCulley
Payment Terms : Cash

Bill to :
**Progressive Consulting Technologies, Inc.**
Attn: Dave Carty
971 Washington Avenue
Macon, GA 31201
USA

Ship to :
**Progressive Consulting Technologies, Inc.**
Attn: Super Storage
1985 Gray Highway
Macon, GA 31211
USA
Ph: 478.742.6063

Reference # : Bibb County Schools        Ship Via : Best Way        Delivery Term : EXW - Ex-Works

| Item | WHSE | Description | Unit | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 500-0095 | IT | NComputing L300 | EA | 6,000 | $89.64 | $537,840.00 T |
| 500-0095 | NC-Redding | NComputing L300 | EA | 160 | $89.64 | $14,342.40 T |
| 500-0095 | NC-Global | NComputing L300 | EA | 4,800 | $89.64 | $430,272.00 T |
| 500-0095 | NC-Global | NComputing L300 Incentive | EA | 4,000 | $89.64 | $358,560.00 T |
| 600-0400-B | | VS-MGT-001-B 1-seat vSpace Management Center for N-series | EA | 14,960 | $11.98 | $179,220.80 T |
| VSS-PRE-SNS-1 | | 1-Year Premium SnS for vSpace Server | EA | 14,960 | $11.98 | $179,220.80 |
| VMC-PRE-SNS-1 | | 1-Year Premium SnS for vSpace Mgmt Center | EA | 14,960 | $3.00 | $44,880.00 |

|  |  |
|---|---|
| SUBTOTAL | $1,744,336.00 |
| TOTAL ( USD ) | $1,744,336.00 |

Please remit payment to:
NComputing, Inc.
Dept#8104
Los Angeles, CA 90084-8104

**EXHIBIT 2**



| Item Date | Sequence Number | State Code | Account Number | Routing Number | Amount |
|---|---|---|---|---|---|
| 11/6/2013 | 4042303046 | GA | | | $276,000.00 |

| Serial Number | Image Indicator | Sorry Indicator | Customer Data | Payee Name | User Field 1 |
|---|---|---|---|---|---|
| 3955 | 1 | 0 | | | |

| User Field 2 | ImgVolNo |
|---|---|
| | 1 |

EXHIBIT 3

Printed using ImageView Portable





| Item Date | Sequence Number | State Code | Account Number | Routing Number | Amount |
|---|---|---|---|---|---|
| 2/4/2013 | 4192162931 | GA | | | $73,126.38 |

| Serial Number | Image Indicator | Sorry Indicator | Customer Data | Payee Name | User Field 1 |
|---|---|---|---|---|---|
| 3938 | 1 | 0 | | | |

| User Field 2 | ImgVolNo |
|---|---|
| | 1 |



ISN# ███████
Date 4/13/2015

Bank of America - Isaac and Shelila Culver 00810

| Check | Details |
|---|---|
| Check 1526 | PROGRESSIVE PROPERTY MANAGEMENT LLC, 871 WASHINGTON AVE, MACON, GA 31201, PHONE 478-742-6063. Date: 1/18/13. Pay to the Order of: Whitby Inc. $205,018.00. Two Hundred Five Thousand Eighteen & 00/100 Dollars. Capital City Bank. For: 2610 Churchill St. |
| | Amount: $205,018.00  Date: 01/25/2013 |
| | Image Not Available / Image Not Available |
| | Amount: $205,018.00  Date: 01/28/2013 |
| Check 1527 | PROGRESSIVE PROPERTY MANAGEMENT LLC, 871 WASHINGTON AVE, MACON, GA 31201, PHONE 478-742-6063. Date: 1/24/13. Pay to the Order of: Whitly Inc. $222,000.00. Two Hundred Twenty-Two Thousand & 00/100 Dollars. Capital City Bank. |
| | Amount: $222,000.00  Date: 01/30/2013 |

# qPublic.net™ Bibb County, GA

## Summary

| | |
|---|---|
| Parcel Number | O094-0198 |
| Location Address | 3660 TRAVIS BLVD |
| Legal Description | JEFFERSON HILLS |
| | (Note: Not to be used on legal documents) |
| Class | R3-Residential |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | R-1A |
| Tax District | MACON-BIBB (District 11) |
| Millage Rate | 32.597 |
| Acres | 0.27 |
| Neighborhood | 6600 (6600) |
| Homestead Exemption | No (S0) |
| Landlot/District | 93 / MRW |

View Map



## Owner

INTEGRATED TECHNOLOGY CONSLU
1680 BROADWAY
MACON, GA 31201

## Land

| Type | Description | Calculation Method | Square Footage | Frontage | Depth | Acres | Lots |
|---|---|---|---|---|---|---|---|
| RES | 6600-FF | Front Feet | 11,792 | 88 | 134 | 0.27 | 0 |

## Residential Improvement Information

| | |
|---|---|
| Style | One Family |
| Heated Square Feet | 864 |
| Interior Walls | Drywall |
| Exterior Walls | Frame/Vinyl Siding |
| Attic Square Feet | 0 |
| Basement Square Feet | 0 |
| Year Built | 1953 |
| Roof Type | Asphalt Shingles |
| Flooring Type | Plywood/Carpet |
| Heating Type | Flr/Wall Furn |
| Number Of Rooms | 0 |
| Number Of Bedrooms | 3 |
| Number Of Full Bathrooms | 1 |
| Number Of Half Bathrooms | 0 |
| Number Of Plumbing Extras | 0 |
| Value | $13,717 |
| Condition | Average |

## Permits

| Permit Date | Permit Number | Type | Description |
|---|---|---|---|
| 09/26/2002 | 99999 | NEW CONSTRUCT | REVIEW SALE 2004 |

## Sales

| Sale Date | Deed Book/Page | Plat Book/Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 2/7/2014 | 9188 335 | 26 13 | $1 | Quit-Claim Deed | WHITBY INC | INTEGRATED TECHNOLOGY CONSLUTING |
| 8/15/2011 | 8547 285 | 26 13 | $13,000 | Government Sale | FEDERAL NATIONAL MORTGAGE ASSO | WHITBY, INC. |
| 5/3/2011 | 8518 118 | 26 13 | $48,779 | BANK TO BANK/MORTGAGE COMPANY | PHH MORTGAGE CORPORATION FKA C | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| 5/3/2011 | 8518 114 | 26 13 | $48,779 | Foreclosure | RAY MARKESHA | PHH MORTGAGE CORPORATION FKA CENDANT MOR |
| 9/26/2002 | 0547100066 | | $43,000 | Fair Market - Improved | | RAY MARKESHA |
| 7/30/1997 | 0400800294 | | $36,000 | Fair Market - Improved | | |



EXHIBIT 4