IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BIBB COUNTY SCHOOL DISTRICT,** | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** |
| | : | **5:16-cv-00549-MTT** |
| v. | : | |
| | : | |
| **ROMAIN DALLEMAND, THOMAS TOURAND, PROGRESSIVE CONSULTING TECHNOLOGIES, INC., ISAAC CULVER, III, COMPTECH COMPUTER TECHNOLOGIES, INC., ALLEN J. STEPHEN, III, PINNACLE/CSG, INC., and CORY MCFARLANE,** | : | |
| Defendants. | : | |

**PLAINTIFF BIBB COUNTY SCHOOL DISTRICT'S MOTION TO DROP DEFENDANT THOMAS TOURAND PURSUANT TO FED.R.CIV.P. 21**

COMES NOW, Plaintiff Bibb County School District (hereinafter "BCSD") and moves, pursuant to Fed.R.Civ.P. 21, to drop current Defendant Thomas Tourand from this action. Pursuant to Rule 21, "[p]arties may be dropped or added by order of the court on motion of any party… on such terms as are just." Plaintiff has determined, at this time, that Defendant Tourand is no longer necessary for the adjudication of the merits of this case and Defendant Tourand's presence or inclusion as a party is no longer required. Notably, counsel for Defendant Tourand filed a Notification of Death of Defendant Tourand on or about July 19, 2017. [Doc. No. 97].[1]

Counsel for Defendant Tourand does not object to Plaintiff's Motion to Drop Defendant Tourand. This Motion should not prejudice any party or result in any undue delay. Plaintiff

---

[1] Plaintiff recognizes that Defendant Thomas Tourand will be dismissed from the case on or about Friday, October 13, 2017 pursuant to Fed.R.Civ.P. 25(a)(1) because no substitution of party has been made in the 90 day window after the Notice of Death. Plaintiff recognizes therefore, that it is waiving its right to insist that Thomas Tourand's Estate or Administrator be appointed as a proper Defendant in this action.

does not intend to maintain any separate or additional claim against Thomas Tourand in any further action. Accordingly, there is no concern for duplicative litigation. Furthermore, Plaintiff maintains that Defendant Thomas Tourand is a dispensable party and is not necessary for complete adjudication of the claims against the remaining Defendants.

WHEREFORE, in the interest of justice and the absence of undue prejudice to the existing parties, Plaintiff respectfully requests that this Court grant this Motion to Drop Defendant Thomas Tourand from the current action.

Date: October 12, 2017.

/s/Warren W. Plowden, Jr.
W. WARREN PLOWDEN, JR.
STATE BAR NO. 582200
Attorney for Plaintiff
Bibb County School District

/s/Thomas W. Joyce
THOMAS W. JOYCE
STATE BAR NO. 405527
Attorney for Plaintiff
Bibb County School District

/s/Brandon A. Oren
BRANDON A. OREN
STATE BAR NO. 554277
Attorney for Plaintiff
Bibb County School District

JONES CORK, LLP
435 Second Street
P.O. Box 6437
Macon, Georgia 31208-6437
(478) 745-2821
warren.plowden@jonescork.com
tom.joyce@jonescork.com
brandon.oren@jonescork.com

/s/ Jerry A. Lumley
JERRY A. LUMLEY
STATE BAR NO. 460866
Attorney for Plaintiff
Bibb County School District
Lumley and Harper, LLC
6030 Lakeside Commons Drive
Macon, GA 31210
T: 478-471-1776
F: 478-352-0177
E: jlumley@lumleyandharper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served all Defendants with the foregoing Plaintiff Bibb County School District's Motion to Drop Defendant Thomas Tourand Pursuant to Fed.R.Civ.P. 21 by using the Court's CM/ECF facilities:

Date:  October 12, 2017.

    /s/Thomas W. Joyce
THOMAS W. JOYCE
Jones Cork, LLP
P.O. Box 6437
Macon, Georgia 31208-6437
Phone: (478) 745-2821
Fax: (478) 743-9609
tom.joyce@jonescork.com