**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **BIBB COUNTY SCHOOL DISTRICT,**<br><br>Plaintiff,<br><br>v.<br><br>**ROMAIN DALLEMAND, *et al.*,**<br><br>Defendant. | Civil Action No. 5:16-cv-549 (MTT) |

**EXHIBIT H**
**TO PLAINTIFF'S REPLY TO DEFENDANTS PINNACLE/CSG, INC., CORY McFARLANE AND HAROLD KNOWLES' RESPONSE TO FEBRUARY 27, 2018 ORDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **BIBB COUNTY SCHOOL DISTRICT,**<br><br>Plaintiff,<br><br>v.<br><br>**ROMAIN DALLEMAND, *et al.*,**<br><br>Defendant. | Civil Action No. 5:16-cv-549 (MTT) |

**<u>DECLARATION OF LOGAN ANTHONY HICKS</u>**

COMES NOW Logan Anthony Hicks, who, pursuant to 28 U.S.C. § 1746, deposes and declares under penalty of perjury as follows:

1.

My name is Logan Anthony Hicks and I am of sufficient age, have a sound mind, and suffer from no impairments or disabilities that would prevent me from giving this Declaration. The information contained in this Declaration is based upon my personal knowledge. I give this Declaration for use in the above-styled legal proceeding and all other purposes allowed by law. A copy of my Resume is attached hereto as Exhibit 1.

2.

On February 19, 2018, at approximately 11:51 a.m. EST, I received login credentials for the Azure Platform from Nelbert C. ("Doc") St. Clair. The credentials I received included administrative credentials for the Azure Platform and the Dynasty Server. The information I received from Mr. St. Clair contained only the following address: https://azure.microsoft.com/en-us.

3.

On February 26, 2018, I traveled to 1809 Gordon Highway in Augusta Georgia to use the credentials for the Azure Platform to log-in to into the Azure Portal and attempt to export images from the Dynasty Server as requested by Mr. St. Clair.

4.

Upon arrival at approximately 8:00 a.m. EST that day, I accessed the Microsoft Azure system via one of our Ubuntu Servers (16.04LTS) and accessed the Azure Portal at the above listed Azure address via a Mozilla Firefox Web Browser.

5.

Upon accessing the Azure Portal, I utilized the Azure Administrative Credentials I had received from Mr. St. Clair to successfully login to the Azure Portal. Once logged in, I accessed the Azure Platform.

6.

Upon accessing the Azure Platform at approximately 8:38 a.m. EST, I noticed that the Dynasty Virtual Server was running. According to the instructions for Microsoft Azure, I was required to stop the Virtual Machine ("VM") before I could export images from the Dynasty Virtual Server. A copy of those instructions is attached hereto as Exhibit 2.

7.

At approximately 8:40 A.M. EST, I sent the following text message to Mr. St. Clair: "Hey doc, I need to stop the vm before I can 2ownload it, is that ok?" Mr. St. Clair responded "Yes –" at 8:40 a.m. EST.

8.

Upon receiving permission to stop the VM, I stopped it to begin the exportation process for duplication of the VM to a sterile, unopened, Western Digital Removable Easystore USB Device, Serial Number: WXD1E666D69D.

9.

Once the VM was stopped, I proceeded to follow the next step of the instructions provided by Microsoft for the Azure Platform which required the use of the "export" button. Upon noticing that the export button did not exist and/or was not permitted for use, I instead looked at the Virtual Hard Drive ("VHD") URI. The VHD URI is supposed to show where the VHD was located. It was the expected end result of use of the export button.

10.

Upon discovery of the VHD URI, I copied the URI into the browser link to begin the download of the VHD in order to make a forensic copy of the images on the Dynasty Virtual Server.

11.

Upon successful copying of the link, pasting of the URI into a web browser bar, and striking of the "ENTER" key, the browser page loaded an Error Page, stating that the VHD did not exist at the provided page location. A copy of the Error Page I received is attached as Exhibit 3.

12.

Once the error page loaded, I sent the following messages to Mr. St. Clair between 8:45 AM EST and 8:57 AM EST: "Hey doc, its not allowing for export of the OS disk. I cant export the vm without it. Do you have export disabled?" "Youll need to contact the support team at azure to export it." Mr. St. Clair replied "Ok" at 8:58 AM EST.

13.

Upon receipt of Mr. St. Clair's reply at 8:58 AM EST, I concluded that Mr. St. Clair that I could provide no further assistance until Microsoft Azure Support Team provided their assistance and that the Microsoft Azure Support Team would need to stop the VM again in order to export the VM. I therefore left my session logged in, prepared to provide further assistance if needed, left the VM in the "Stopped" state to ensure Microsoft Azure Support Team could successfully export the VM as per Mr. St. Clair's request, locked the Ubuntu 16.04LTS server station and addressed other matters until further instructions were received.

14.

Because, according to the error page I received, the VHD did not exist at the provided page location, I was not able to access the VHD or the Dynasty Virtual Server. As I result, I was unable to copy any images that may have ever appeared on the Dynasty Server. Further, I never saw any image that may have ever appeared on the Dynasty Virtual Server**.**

15.

I only logged into the Azure Portal one time. However, as noted above, I left my session logged in so that I could provide further assistance if needed. It is my understanding that my session was never logged out due to a "timeout." See Exhibit 4. When sessions are not logged out due to a "timeout," it is not unusual for the system on which the session is being conducted to continually "renew" to keep the user "logged-in." When it does, the renewal may appear as additional login. It appears that is what happened here.

Executed on March 15, 2018.

/s/Logan Anthony Hicks
Logan Anthony Hicks

# Logan Anthony Hicks

1200 Trulock Rd, Lincolnton, GA 30817
Mobile: (912) 484-4724
Email: Logan.Hicks@live.com
Twitter: @Fallenour, @KhanofCons
LinkedIn: https://www.linkedin.com/in/logan-hicks-1a184b34

**Experience:**

***Currently holds active top secret SSBI security clearance***

**US Military Cyber School** — **Jun 2017 – Jan 2018**

**Openstack/ Security Architect**

US Military Cyber School – The United States of America's only authorized training facility as per TRADOC (Training Command for US Military) for training Cyber Operators for the US military across all branches of service.)

- Developed & Architected FEDRAMP ATO for US Military Cyber School to migrate from Interim Authority to Operate (ATO) to Permanent Three (3) year Cycle ATO
- Developed Code to automate compliance in Saltstack, Bash, and Python
- Architected Openstack Environment to service all cyber military personnel on a global scale
- Architected Enterprise Security Solutions to protect enterprise from Global Nation State Actors
- Automated compliance, performance, stability, and deployment of IT solutions in the enterprise using Saltstack
- Conducted Compliance assessment for ATO (Authority to Operate) against DoD Security Standards (8570, FISMA, NIST)
- Architected & Developed Solutions for High Availability, Disaster Recovery, and Global Datacenter Migration
- Architected & Developed Auxillary Services for hosted powerpoints via gitlab, private internal video hosting, private data cloud storage with built in mobile device backup, private social media platforms, and team building platforms

**EduArmor Inc** — **Apr 2013- Present**

**Principle Consultant**

Eduarmor Inc – EduArmor Inc specializes in consulting, engineering, security, and research and development, and operates in secured environments such as banks, government, and aerospace industries.

- Developed & Architected FEDRAMP ATO 3PAO Open Source Data Center for Open Source Developer Collaboration globally with Federal organizations.
- Lead a team of 875 Engineers, Developers, Architects, and Support staff, overseeing 57 concurrent projects and 11 SDLC processes.
- Established PaaS platform to host Cyber Defense and Cyber Offensive competitions globally.
- Created a Professional Development program to develop over 14,000 Cyber Security Professionals over the next 3 years.
- Architected & Built Security Operations Centers & security infrastructure for various clients.
- Developed EC-Council Accredited Academy and established training partnership with Universities around the world.

- Established an Accredited Two Year Vocational University.
- Established Reciprocity Agreements & Memorandum of Understandings with a variety of 4 & 6 year Universities.
- Developed Strategic Relationships with over 40 vendor corporations & organizations.
- Brought to market several Next Generation Product Lines.
- Doubled company revenues year over year for 4 years.
- Developed Business & Investor Prospectus plans for securities fundraising.

**Military Cyber Professionals Association** **Sept 206 – Jan 2018**
**CFO**

- Establish Strategic relationships with benefactors, professional associations, corporations, and military organizations.
- Manage fundraising campaigns to sustain and growth for the organization.
- Develop long term relationships with vendors, facility managers, event coordinators, and sponsors.
- Assist Board of Directors in achieving the mission statements and objectives.

**Small Business Administration of the USA** **Nov 2015 – Mar 2016**
**SOC Lead**

- Managed Global SOC operations for the United States Small Business Administration.
- Managed a team of 9 to manage a 14x5 operations cycle.
- Provided regular Status reports to executive management and contracting company.
- Drastically reduced turnover rate by building a team internal personnel retention and improvement program

**Dreams of Dreams Foundation** **Jan 2015 – Present**
**Founder**

- Created a Non-Profit Organization that assists other Non-Profits in performing non profits services by providing business development assistance, technology support, access to grants, and access to volunteers
- Created a program to assist Abused Spouses and Children with protection, legal services, relocation assistance, and job placement assistance to rebuild their lives
- Created a program for Troubled Youth that through a 3 step phase, allow for troubled youth to be reintergrated into positive peer groups, provide them with avenues of education and educational funding for career advancement, access to assistance related resources, and mentorship programs
- Created a training program for Veterans to assist exiting military personnel in receiving career training, access to educational funding, access to funding for adjusted living, access to assistance resources, access to support channels, support groups, and mentorship programs, and low cost consulting services for small business development

**Army Research Labs** **Aug 2014 – Feb 2015**
**Senior Principle Engineer**

- Built custom solutions to unique problems with minimal information and short time frame deadlines based on direct customer requests.
- Conducted Web application, Systems, and Source code security testing
- Architected, Designed, and rebuilt the IITEL Innovations lab.

**RSA Security** **Apr 2013 – Jun 2014**
**Senior IT Instructor**
RSA Security – The security Company acquired by Dell. They are most well-known for the RSA algorithm usage of their security tokens, and their SIEM products, RSA Security Analytics, and other support modules for the product, such as compliance module Archiver, and memory forensics tools.

- Instructed Courses on Network Defense, Network Forensics, Advanced Cyber Defense, Malware Analysis, Reverse Engineering, and Programming
- Assisted with the Design and Creation of Courses and Curriculums for Information Technology courses for Network Forensics and Security.
- Assisted Sales and Sales Engineering with Direct Customer Interactions during sales calls and meetings to assess customer needs and desires, and create custom solutions to meet the needs of the customer.
- Utilized Python and various scripting languages (LUA, Bash, powershell) to create custom solutions and products for product enhancement and deployment solutions.
- Created Labs, Tests, Quizzes, and Hands-on Praticals for skills assessments and evaluation.
- Maintained a full scale virtualized Enterprise environment for testing and development

**Mastercard/Visa** **Dec 2012 – Mar 2013**
**Senior Consultant**

- Conducted Web Application and Network penetration Tests for clients.
- Consulted with clients in regards to vulnerabilities and assessments of network security.
- Consulted with clients for security product implementations.
- Created scripts and programs that optimize performance and automate network, administrative, and pentesting processes.

**WHCA / NORAD** **Feb 2012 – Dec 2012**
**Network Engineer**
WHCA – White House Communications Agency, the only authorized communications office for all technology used, or related to, the President of The United States of America.

- Managed, Implemented, and Troubleshot QoS Systems, SANs, VmWare, Routers, Switches, Firewalls, Satcom networks, Circuits, VoIP, VTC, PDS, and Servers.
- Created Scripts to Improve Performance and Automate daily tasks.
- Utilized Retina Vulnerability Scanner, IAVA Patches, CVE Databases, ITIL Standards, and other 3 party software and open source tools to maintain Network Worthiness and Network Security on a daily basis.
- Utilized Network Analyzers, Protocol Analyzers, and other third party tools such as Spectrum Analyzers.
- WHCA – White House Communications Agency, the only authorized communications office for all technology used, or related to, the President of The United States of America.

**Department of Defense (DoIM, DISA, Pentagon)** **Jan 2011 – Feb 2012**
**Systems Engineer**
DoIM – Department of Information Management, DoIM is an organization inside of DoD that assists DISA in deployment of security and systems related task orders and mantainence.

DISA – Defense Information Systems Agency, DISA is tasked with security and management of compliance for the Department of Defense. DISA is the organization that issues many of the security and compliance regulations for Department of Defense.

- Monitored and maintained Prevention Detection Systems (PDS)
- Implemented SANs, NAS, switches, routers, and Servers
- Created and implemented policies and procedures for disaster recovery and prevention
- Monitored and implemented Information Assurance Vulnerability Assessments (IAVA) policies, patches, and standards on a network of over 500,000 users
- Designed and implemented QoS Systems, Firewalls, Intrusion Detection Systems (IDS), Intrusion Prevention Systems (IPS), and Imaging Servers
- Patched and updated servers and other misc. systems on a daily basis
- Utilized Cisco Works, Cisco Security Manager, Retina Vulnerability Scanner, IAVA Patches, CVE Databases, ITIL Standards, and other 3rd party and open source tools to maintain network worthiness and network security on a daily basis
- Worked with a team of 5 supporting over 3 million square foot of facilities
- Maintained license agreements with 3rd parties, as well as conducted purchases and research for expansion.
- Maintained End of Life Cycle standards and processes for the facility
- Wrote technical, reference, and auditing manuals and procedures for the facility
- Conducted Information Assurance services on PII and PAI documents and data on a regular basis
- Implemented and troubleshot NIPR and SIPR networks on daily basis
- Managed over 220 million dollars in assets, processing them starting from tagging and cataloging the assets, to packing and shipping the assets worldwide.

**U.S Army**                                                                                           **Jun 2008 – Sept 2010**
**Satellite Communications Operator**

- Implemented and maintained advanced encryption devices (KIV-7, KIV-19) as well as managed encryption keys
- Implemented and maintained a network of over 40,000 users on a daily basis
- Used spectrum analyzers, Wireshark, and other third party proprietary software to monitor the networks on daily basis
- Trained individuals on level 1 and 2 IT based troubleshooting and maintenance techniques, significantly improving their performance
- Conducted weekly, monthly, quarterly, and yearly inventory on over 5 million dollars in assets
- Worked with Cisco Works to improve network capabilities on a daily basis
- Implemented and troubleshot NIPR and SIPR networks on daily basis
- Implemented IDS and IPS systems to protect the network
- Designed, implemented, and maintained NEC, NOC, SOC, and BOC Centers from the ground up on a bi-weekly basis
- Utilized the Cisco Security Manager, Windows Security Manager, and 3rd party applications in accordance with FISMA and DoD 8570 protocol to maintain network worthiness
- Implemented security policies and security features to harden the networks
- Worked with open source and third party forensic tools to investigate, isolate, and prevent malware from infecting the networks on a daily basis.

**Tennessee Environmental Progress** **Feb 2006 – Jun 2008**
**IT Manager**

- Managed a team of 5 individuals, overseeing their tasks and projects on daily basis
- Designed and Implemented the IT Infrastructure
- Managed End of Life Cycle policies and procedures
- Managed 500,000 dollars in assets, cataloging and tracking them on a daily basis
- Worked with 3rd Parties to manage license agreements
- Worked with Cisco Works and network analyzers (Wireshark, TCPDump, and Scapy) on a daily basis

**Education:**

**University Of Texas at Dallas (Two Double Majors) (Pending)**

- Telecommunications Engineering and Electrical Engineering
- Software Engineering and Mechanical Engineering

**Community College of Baltimore County (Pending)**

- A.A.S in Network Technologies x6 and Information Systems Security x5

**Courses, Certification & Licenses**

- AN/TSC 85, 93, and 156 Operator/maintainer
- Phoenix terminal Operator/Maintainer
- Joint Networking Node Operator/Maintainer
- WIN-T Networking
- Security+
- Certified Ethical Hacker v7 (CEH)
- EC-Council Certified Security Analyst (ECSA)
- Licensed Penetration Tester (LPT)
- EC-Council Certified EC-Council Instructor (Pending Approval)
- Cyber War - Advanced Persistent Threat Tactics for Penetration Testing High Security Environments
- Exploit Development
- Advanced Malware Analysis
- RSA Security Analytics Administrator
- RSA Security Analytics Analyst
- RSA Security Analytics Forensics Specialist
- RSA Security Advanced Cyber Defense
- RSA Security Malware Analyst
- RSA Security Analytics Certified Instructor
- RSA Security Advanced Cyber Defense Certified Instructor
- RSA Security Advanced Malware Analysis Certified Instructor

**Extracurricular Activities:**
- Network Defense and Penetration as well as Network Forensic competitions (NCL,SPARSA, CCDC, CTF365)
- Placed 1st Nationwide on the Associate College level, 3rd Overall in Eastern Conference for 2 and 4 year universities, placed 7th overall Nationwide, placed 2nd Nationwide in Network Forensics
- Currently studying Advanced Exploit development and Mobile and Network Forensics by utilizing third party tools such as VMWare, EnCase, NetWitness, IDA Pro, OLLY Debug, Security Onion, FTK, Cellibrite, XRY, iXam2 and Santoku
- Currently developing my own private Malware Database, complete with 1.2 Terabytes of samples
- Currently working on projects to weaponize security solutions
- Currently working on projects to build an open source datacenter for open source and federal entity collaborative research
- Gives conference talks at major IT Security Conventions (BSidesCleveland, BSidesTampa, Universities, Security Onion, MISEC)
- LuciuOS
- PANDA
- Malign
- Venator
- Building Cyber Assault Vehicle & Cyber Drone Swarms with KKV+E Capabilities

C:\Users\Teneal\Downloads\Download a Windows VHD from Azure _ Microsoft Docs.html

Microsoft Azure

Why Azure Solutions Products Documentation Pricing Training Marketplace Partners Support Blog Resources More

FREE ACCOUNT

Azure / Virtual Machines / Windows

Windows VMs Documentation
Overview
Quickstarts
Create VM - Portal
Create VM - PowerShell
Create VM - Azure CLI
Tutorials
Samples
Concepts
How-to guides
Create VMs
Secure VMs
Protect VMs
Manage VMs
Use Images
Find and use images
Prepare VM for upload
Capture VM to image
Use generalized image
Build image with Packer
Use Windows client images
Download existing disk
Download PDF

# Download a Windows VHD from Azure

06/26/2017 2 minutes to read • Contributors

In this article, you learn how to download a Windows virtual hard disk (VHD) file from Azure using the Azure portal.

Virtual machines (VMs) in Azure use disks as a place to store an operating system, applications, and data. All Azure VMs have at least two disks – a Windows operating system disk and a temporary disk. The operating system disk is initially created from an image, and both the operating system disk and the image are VHDs stored in an Azure storage account. Virtual machines also can have one or more data disks, that are also stored as VHDs.

## Stop the VM

A VHD can't be downloaded from Azure if it's attached to a running VM. You need to stop the VM to download a VHD. If you want to use a VHD as an image to create other VMs with new disks, you use Sysprep to generalize the operating system contained in the file and then stop the VM. To use the VHD as a disk for a new instance of an existing VM or data disk, you only need to stop and deallocate the VM.

To use the VHD as an image to create other VMs, complete these steps:

1. If you haven't already done so, sign in to the Azure portal.
2. Connect to the VM.
3. On the VM, open the Command Prompt window as an administrator.
4. Change the directory to *%windir%\system32\sysprep* and run sysprep.exe.
5. In the System Preparation Tool dialog box, select **Enter System Out-of-Box Experience (OOBE)**, and make sure that **Generalize** is selected.
6. In Shutdown Options, select **Shutdown**, and then click **OK**.

To use the VHD as a disk for a new instance of an existing VM or data disk, complete these steps:

1. On the Hub menu in the Azure portal, click **Virtual Machines**.
2. Select the VM from the list.
3. On the blade for the VM, click **Stop**.

Feedback
Edit
Share
Theme
Light

In this article
Stop the VM
Generate SAS URL
Download VHD
Next steps

Is this page helpful?

2:02 PM
3/15/2018

C:\Users\Teneal\Downloads\Download a Windows VHD from Azure _ Microsoft Docs.html

Download a Windows VHD ...

Convert Select

Page Safety Tools

2. Select the VM from the list.

3. On the blade for the VM, click **Stop**.

Filter

Windows VMs Documentation
Overview
Quickstarts
Create VM - Portal
Create VM - PowerShell
Create VM - Azure CLI
Tutorials
Samples
Concepts
How-to guides
Create VMs
Secure VMs
Protect VMs
Manage VMs
Use Images
Find and use images
Prepare VM for upload
Capture VM to image
Use generalized image
Build image with Packer
Use Windows client images
Download existing disk

Download PDF

## Generate SAS URL

To download the VHD file, you need to generate a shared access signature (SAS) URL. When the URL is generated, an expiration time is assigned to the URL.

1. On the menu of the blade for the VM, click **Disks**.
2. Select the operating system disk for the VM, and then click **Export**.
3. Set the expiration time of the URL to *36000*.
4. Click **Generate URL**.

**Note**

The expiration time is increased from the default to provide enough time to download the large VHD file for a Windows Server operating system. You can expect a VHD file that contains the Windows Server operating system to take several hours to download depending on your connection. If you are downloading a VHD for a data disk, the default time is sufficient.

## Download VHD

Feedback
Edit
Share
Theme
Light

**In this article**

Stop the VM
Generate SAS URL
Download VHD
Next steps

Is this page helpful?

YES NO

2:03 PM
3/15/2018

C:\Users\Tenea\Downloads\Download a Windows VHD from Azure _ Microsoft Docs.html
Search...
Download a Windows VHD ...
Convert
Select
Page
Safety
Tools
1. Under the URL that was generated, click Download the VHD file.
Create snapshot
Export
Move
Export disk
The following URL can be used to download the VHD file for this disk. Copy it and keep it secure, it will not be shown again.
https://md-cg5pfsv2h013.blob.core.windows.net/qrmjpxwxps5q/abcd?sv=2016-05-31&sr=b&si=a5c703dc-c31e-458b-8098-334f7f58...
Download the VHD file
Close
2. You may need to click Save in the browser to start the download. The default name for the VHD file is abcd.
What do you want to do with abcd (127 GB)?
From: md-cg5pfsv2h013.blob.core.windows.net
Open
Save
Cancel
Next steps
Learn how to upload a VHD file to Azure.
Create managed disks from unmanaged disks in a storage account.
Manage Azure disks with PowerShell.
Feedback
What type of feedback would you like to provide?
Give product feedback
Sign in to give documentation feedback
Our new feedback system is built on GitHub Issues. For more information on this change, please read our blog post.
There is currently no feedback for this document.
Filter
Windows VMs Documentation
Overview
Quickstarts
Create VM - Portal
Create VM - PowerShell
Create VM - Azure CLI
Tutorials
Samples
Concepts
How-to guides
Create VMs
Secure VMs
Protect VMs
Manage VMs
Use Images
Find and use images
Prepare VM for upload
Capture VM to image
Use generalized image
Build image with Packer
Use Windows client images
Download existing disk
Download PDF
Feedback
Edit
Share
Theme
Light
In this article
Stop the VM
Generate SAS URL
Download VHD
Next steps
Is this page helpful?
2:04 PM
3/15/2018

Nodes | lab-maa | How to set u | pfSense.edu | pfSense.edu | PAN-OS 8 La | ASCIIDocs - n | Private - File | Dynasty (un | pinnaclevhd

ıttps://pinnaclevhd.blob.core.windows.net/vhds/ProjDisk.vhd

Search

This XML file does not appear to have any style information associated with it. The document tree is shown below.

− <Error>
<Code>ResourceNotFound</Code>
− <Message>
The specified resource does not exist. RequestId:dbb77654-e01e-0118-6209-af8f24000000 Time:2018-02-26T13:52:40.1325010Z
</Message>
</Error>

ALL-STATE LEGAL®
EXHIBIT
3

Nodes | lab-maa
How to set u
pfSense.edu
pfSense.edu
PAN-OS 8 La
ASCIIDocs
Private - File
Dynasty
pinnaclevhd.blo
https://portal.azure.com/#resource/subscriptions/6c0c79d
Search
Microsoft Azure
Search resources, services and docs
bibbdemo@gmail.com
BIBBDEMOGMAIL (DEFAULT ...
Create a resource
All services
FAVORITES
Dashboard
All resources
Resource groups
App Services
Function Apps
SQL databases
Azure Cosmos DB
Virtual machines
Load balancers
Storage accounts
Virtual networks
Azure Active Directory
Monitor
Advisor
Security Center
Cost Management + Billi...
Help + support
Home > Dynasty - Disks > Dynasty (unmanaged)
Dynasty (unmanaged)
Dynasty
Save
Discard
NAME
Dynasty
STORAGE ACCOUNT TYPE
Standard_RAGRS
Size (GiB)
80
Disks can be resized only when they are unattached or the owner VM is deallocated.
ESTIMATED PERFORMANCE
IOPS limit
500
Throughput limit (MB/s)
60
OPERATING SYSTEM
Windows
Host caching
Read/write
VHD URI
https://pinnaclevhd.blob.core.windows.net/vhds/ProjDisk.vhd
ALL-STATE LEGAL®
EXHIBIT
4