# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BIBB COUNTY SCHOOL DISTRICT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 5:16-CV-549 (MTT)** |
| ) | |
| **COMPTECH COMPUTER** ) | |
| **TECHNOLOGIES, INC. & ALLEN J.** ) | |
| **STEPHEN, III,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## SETTLEMENT ORDER

Plaintiff Bibb County School District ("the School District") and Defendants CompTech Computer Technologies, Inc. and Allen J. Stephen, III ("the CompTech Defendants") have notified the Court that a settlement has been reached between the parties and have moved to dismiss with prejudice the CompTech Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). Doc. 292. Attached to the parties' motion is a signed copy of their "Settlement Agreement and Mutual Release." Doc. 292-1. The parties also request the Court to retain jurisdiction for the limited purpose of implementing and enforcing the terms of the Settlement Agreement and Mutual Release. *Id.* at 3.

Having reviewed the Settlement Agreement and Mutual Release, the Court **GRANTS** the parties' motion and request. Accordingly, the CompTech Defendants are **DISMISSED with prejudice** and the Court **RETAINS** jurisdiction for the limited purpose of implementing and enforcing the settlement embodied in the attached Mutual Release and Indemnity Agreement.

**SO ORDERED,** this 3rd day of July, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT