IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BIBB COUNTY SCHOOL DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:16-CV-549 (MTT) |
| | ) | |
| PROGRESSIVE CONSULTING | ) | |
| TECHNOLOGIES, INC.; PROGRESSIVE | ) | |
| PROPERTY MANAGEMENT, LLC; | ) | |
| ISAAC CULVER, III; and DAVE CARTY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SETTLEMENT ORDER**

Plaintiff Bibb County School District and Defendants Progressive Consulting Technologies, Inc., Progressive Property Management, LLC, Isaac Culver, III, and Dave Carty ("the Progressive Defendants") have notified the Court that a settlement has been reached between the parties and have moved to dismiss with prejudice the Progressive Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). Doc. 294. Attached to the parties' motion is a signed copy of their "Mutual Release and Indemnity Agreement." Doc. 294-1. The parties also request the Court to retain jurisdiction for the limited purpose of implementing and enforcing the terms of the Mutual Release and Indemnity Agreement. Doc. 294 at 3.

Having reviewed the Mutual Release and Indemnity Agreement, the Court **GRANTS** the parties' motion and request. Accordingly, the Progressive Defendants are **DISMISSED with prejudice** and the Court **RETAINS** jurisdiction for the limited purpose

- 2 -

of implementing and enforcing the settlement embodied in the attached Mutual Release and Indemnity Agreement.

**SO ORDERED,** this 11th day of July, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT