**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **BIBB COUNTY SCHOOL DISTRICT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 5:16-CV-549 (MTT)** |
| ) | |
| **CLIFFARD WHITBY; WHITBY, INC.** ) | |
| **POSITIVENTURES INITIATIVE, LLC;** ) | |
| **and INTEGRATED TECHNOLOGIES** ) | |
| **CONSULTING, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**<u>SETTLEMENT ORDER</u>**

Plaintiff Bibb County School District and Defendants Cliffard Whitby, Whitby, Inc.,
Positiventures Initiative, LLC and Integrated Technologies Consulting, LLC (the "Whitby
Defendants") have notified the Court that a settlement has been reached between the
parties and have moved to dismiss with prejudice the Whitby Defendants pursuant to
Federal Rule of Civil Procedure 41(a)(2).  Doc. 316.  Attached to the parties' motion is a
signed copy of their "Settlement Agreement and Mutual Release."  Doc. 316-1.  The
parties also request the Court to retain jurisdiction for the limited purpose of implementing
and enforcing the Settlement Agreement and Mutual Release.  Doc. 316 at 3.

Having reviewed the Settlement Agreement and Mutual Release, the Court
**GRANTS** the parties' motion (Doc. 316) and request.  Accordingly, the Whitby
Defendants are **DISMISSED with prejudice**, and the Court **RETAINS** jurisdiction for the
limited purpose of implementing and enforcing the Settlement Agreement and Mutual
Release.

**SO ORDERED,** this 6th day of March, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT