# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BIBB COUNTY SCHOOL DISTRICT,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CENTRAL GEORGIA PARTNERSHIP** ) <br> **FOR INDIVIDUAL AND COMMUNITY** ) <br> **DEVELOPMENT,** ) <br> ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION NO. 5:16-CV-549 (MTT)** |

## SETTLEMENT ORDER

Plaintiff Bibb County School District and Defendant Central Georgia Partnership for Individual and Community Development ("PICD") have notified the Court that a settlement has been reached between the parties and have moved to dismiss with prejudice PICD pursuant to Federal Rule of Civil Procedure 41(a)(2). Doc. 317. Attached to the parties' motion is a signed copy of their "Settlement Agreement and Mutual Release." Doc. 317-1.

Having reviewed the Settlement Agreement and Mutual Release, the Court **GRANTS** the parties' motion (Doc. 317). Accordingly, PICD is **DISMISSED with prejudice**.

**SO ORDERED,** this 6th day of March, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT