IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BIBB COUNTY SCHOOL DISTRICT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:16-CV-549 (MTT) |
| ) | |
| PINNACLE/CSG, INC., CORY ) | |
| MCFARLANE, HAROLD KNOWLES, ) | |
| AND KNOWLES & RANDOLPH, P.A., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

### SETTLEMENT ORDER

Plaintiff Bibb County School District and Defendants Pinnacle/CSG, Inc. and Cory McFarlane (the "Pinnacle Defendants") and Defendants Harold Knowles and Knowles & Randolph, P.A. (the "Knowles Defendants") have notified the Court that a settlement has been reached between the parties and have moved to dismiss with prejudice the Pinnacle and Knowles Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). Doc. 398. Attached to the parties' motion is a signed copy of their "Settlement Agreement and Mutual Release." Doc. 398-1. The parties also request the Court to retain jurisdiction for the limited purpose of implementing and enforcing the Settlement Agreement and Mutual Release. Doc. 398 at 3.

Having reviewed the Settlement Agreement and Mutual Release, the Court **GRANTS** the parties' motion (Doc. 398) and request. Accordingly, the Pinnacle and Knowles Defendants are **DISMISSED with prejudice**, and the Court **RETAINS**

- 2 -

jurisdiction for the limited purpose of implementing and enforcing the Settlement Agreement and Mutual Release.

**SO ORDERED,** this 23rd day of July, 2019.

<u>S/ Marc T. Treadwell</u><br>
MARC T. TREADWELL, JUDGE<br>
UNITED STATES DISTRICT COURT