

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 8/13/2019 | Type of Hearing: | Bench Trial |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim A. Tavalero | Law Clerk: | Moses Tincher |
| Courtroom: | A | | |

**Case Number: 5:16-CV-549 (MTT)**

Bibb County School District          Counsel:          Tom Joyce
                                                       Jerry Lumley
                                                       Brandon Oren
                                                       Canon Hill

v.

Romain Dallemand                                       Pro Se (not present)

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:    4 hours / 48 minutes**

| Time | Event |
|---|---|
| 9:01 am | Called to order. Preliminary remarks by the Court. The Court identified the parties who have entered into a settlement with Plaintiff; Romain Dallemand, who declined to be present at today's bench trial, is the only remaining Defendant in the case. The Court stated that at the pretrial conference, Dallemand acknowledged that the allegations in the second amended complaint would be deemed admitted and that he would be held in default given his statements. |
| 9:06 am | Discussion regarding Plaintiff's revised findings of fact and conclusions of law. Mr. Lumley confirmed that Dallemand received a copy of the revised proposed findings of fact. Discussion regarding Dallemand's counterclaim against Plaintiff. The Court **DISMISSED** the counterclaim. |
| 9:07 am | Opening statement by Mr. Oren. |
| 9:21 am | Mr. Joyce addressed the Court regarding admitting certified records as well as depositions and Dallemand's trial testimony. |
| 9:28 am | Testimony of Romain Dallemand via excerpts from his June 20, 2019 deposition read into the record. Testimony of Romain Dallemand via excerpts of his October 1, 2018 trial testimony read into the record. |
| 10:27 am | Recessed. |
| 10:38 am | Reconvened. Examination of SA James Langdon by Mr. Joyce. |
| 10:47 am | Examination of Ron Collier by Mr. Lumley. |
| 11:27 am | Testimony of Tom Tourand via excerpts from his May 24, 2017 deposition read into the record. |
| 11:34 am | Examination of Sharon Roberts by Mr. Joyce. |

Bibb County School District v. Dallemand, *et al.*
Civil Action No. 5:16-CV-549
Page 2

| | |
|---|---|
| 12:09 pm | Examination of Mike Hall by Mr. Oren. |
| 12:20 pm | Recessed. |
| 1:20 pm | Reconvened. Examination of Sue Sipe by Mr. Lumley. |
| 1:37 pm | Examination of Steve Smith by Mr. Lumley. |
| 1:48 pm | Examination of Curtis Jones by Mr. Joyce. |
| 1:58 pm | Plaintiff rested. |
| 1:58 pm | Mr. Lumley addressed the Court regarding damages. |
| 2:15 pm | The Court addressed the attorneys regarding their history with the School District as well as their involvement in this lawsuit. |
| 2:19 pm | The Court addressed the parties regarding Findings of Fact related to Dallemand only. |
| 2:45 pm | The Court addressed the parties regarding its findings related to Plaintiff's damages. Discussion regarding Dallemand's severance agreement. |

The Court **ORDERS**:
- A judgment will be issued in favor of Plaintiff in the total amount of $47,506,992.72 ($22,906.992.72 in actual damages and $24,600,000.00 in punitive damages on the state law fraud claim).
- Dallemand's severance agreement is rescinded due to fraud.

| | |
|---|---|
| 3:00 pm | Adjourned. |