IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BIBB COUNTY SCHOOL DISTRICT, | * |
| Plaintiff, | * |
| v. | Case No. 5:16-CV-549-MTT |
| | * |
| ROMAIN DALLEMAND, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 13, 2019, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the total amount of $47,506,992.72 ($22,906,992.72 in actual damages and $24,600,000.00 in punitive damages on the state law fraud claim). The amount shall accrue interest from the date of entry of judgment at the rate of 1.78% per annum until paid in full. Plaintiff shall also recover costs of this action. Defendant's severance agreement is rescinded due to fraud.

This 16th day of August, 2019.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk